# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

WILLIAM JOSEPH RETTSTATT
ADC # 141617                                                                                          PLAINTIFF

v.                                            CASE NO. 2:11-cv-00054-JMM-JJV

ARKANSAS DEPARTMENT OF CORRECTION;
RAY HOBBS, Director, Arkansas Department of
Correction; BURL, Warden, East Arkansas Regional Unit,
Arkansas Department of Correction;
QUIBLE P. BUTLER, LPN, East Arkansas Regional Unit,
Arkansas Department of Correction; and DRAKE, Officer,
East Arkansas Regional Unit, Arkansas Department of
Correction                                                                                          DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss (Doc. No. 6).    Plaintiff states he is

"dropping the above case of my own free will, and the decision was solely mine."  Accordingly,

Plaintiff's Motion is GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 8th day of April, 2011.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE