**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

WILLIAM JOSEPH RETTSTATT
ADC # 141617                                                                                           PLAINTIFF

v.                              CASE NO. 2:11-cv-00054-JMM-JJV

ARKANSAS DEPARTMENT OF CORRECTION;
RAY HOBBS, Director, Arkansas Department of
Correction; BURL, Warden, East Arkansas Regional Unit,
Arkansas Department of Correction;
QUIBLE P. BUTLER, LPN, East Arkansas Regional Unit,
Arkansas Department of Correction; and DRAKE, Officer,
East Arkansas Regional Unit, Arkansas Department of
Correction                                                                                             DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 8th day of April, 2011.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE